BIAGIO NICOLI *v.* EASTON PLANNING AND ZONING COMMISSION

The defendant's petition for certification for appeal from the Court of Common Pleas. in Fairfield County is granted.

*Robert J. Berta,* in support of the petition.

*Clement F. Naples,* in opposition.

Submitted March 19—decided April 4, 1974

MICHAEL MARPLE *v.* HENRY J. NARUK ET AL.

The plaintiff's motion for permission to file typewritten briefs in the appeal from the Superior Court in New Haven County is granted provided the briefs are clearly legible and comply with the other requirements of Practice Book § 723, as amended.

*Frank Cochran,* in support of the motion.

Submitted April 1—decided April 4, 1974

VIVIAN SCHOMER ET AL. *v.* MORRIS SHILEPSKY ET AL.

The defendants' motion for a review by this court of the order of the trial court terminating a stay of execution in the appeal from the Superior Court in Fairfield County is granted and the relief sought therein is denied.

*Raymond W. Beckwith* and *Frederick A. Freedman,* in support of the motion.

Submitted January 17—decided April 18, 1974